# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00036-08-CR-W-BCW |
| ) | |
| ANTHONY PELTIER, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 30, 2019, the Grand Jury returned a multi-count Indictment against multiple Defendants. Defendant Anthony Peltier was charged with being involved in an illegal drug distribution conspiracy (Count 1) and accessory after the fact to murder (Count 10).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: David Raskin, David Wagner, and Barry Kent Disney, I
        Case Agent: Special Agent Jason Ramsey, FBI
    Defense: Travis Poindexter
        Investigator: Gina Slack

**OUTSTANDING MOTIONS**: The motion below is of less importance for Defendant Peltier. Nonetheless, the Government will work with defense counsel on this matter.

| 02/25/2020 | view387 | MOTION Government's Motion to Schedule Sensitive Pretrial Disclosures by USA as to Shawn Burkhalter, Joshua Nesbitt, Joslyn Lee, Nickayla Jones, Autry Hines, Rachel Ryce, Sharika Hooker, Anthony Peltier. Suggestions in opposition/response due by 3/10/2020 unless otherwise directed by the court. (Raskin, David) (Entered: 02/25/2020) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 50 without stipulations
    Defendant: 10 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 200 exhibits
    Defendant: approximately 30 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (  ) Possibly for trial; (x) Likely a plea will be worked out

**TRIAL TIME: 2 ½ weeks total**
    Government's case including jury selection: 14 day(s)
    Defendant: 3-4 day(s)

**STIPULATIONS**: None at this time but anticipate stipulations will be worked out

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before September 7, 2021.**
        Defendant: None filed. **Due on or before September 7, 2021**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before September 15, 2021.**

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 15, 2021.**

**TRIAL SETTING**: Criminal jury trial docket set for September 20, 2021.

    **Please note:** This matter will be tried with *U.S.A v. Peltier*, 17-00349-01-CR-W-HFS. Defendant would prefer to start trial the second week.

    **IT IS SO ORDERED**

                                                  */s/ Lajuana M. Counts*
                                                  LAJUANA M. COUNTS
                                                  UNITED STATES MAGISTRATE JUDGE